IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00931-PSF-BNB

DEBORAH BOLTON, and
ERIN STEVENS,

Plaintiffs,

v.

CHOICE HOTELS INTERNATIONAL, INC.,
MB HOSPITALITY, INC.,
SEOP NOH,
MOON YOON, and
BONG MOON,

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference.  For the reasons stated on the record at the scheduling conference:

IT IS ORDERED that the proposed scheduling order is REFUSED.

IT IS FURTHER ORDERED that the parties shall prepare a revised scheduling order consistent with the matters discussed at the scheduling conference and submit it to the court on or before **August 12, 2005**, for my review.

IT IS FURTHER ORDERED that the case caption is modified to reflect that Moon Yoon and Bong Moon are separate people, both defendants in this action.  All future filings shall reflect the case caption used here.

Dated August 3, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge