IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00931-PSF-BNB

DEBORAH BOLTON, and
ERIN STEVENS,

Plaintiffs,

v.

CHOICE HOTELS INTERNATIONAL, INC.,
MB HOSPITALITY, INC.,
SEOP NOH,
MOON YOON, and
BONG MOON,

Defendants.

_____

**ORDER**
_____

This matter is before me on the parties' **Stipulated Motion to Amend Scheduling Order**
(the "Motion"), filed November 8, 2005.  The Motion seeks to extend the case schedule by 90
days and to vacate the settlement conference.  The basis for the motion is that defendant Noh's
related criminal trial was delayed by 92 days, from August 31, 2005, to December 1, 2005.
The Motion will be granted to the extent it seeks an order vacating the settlement conference,
currently set for November 15, 2005.  The remaining scheduling issues will be discussed at a
status conference.

IT IS ORDERED that the settlement conference set for November 15, 2005, at 10:30
a.m., is VACATED.

IT IS FURTHER ORDERED that the case is set for a status conference on **December 29, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Counsel and pro se parties shall bring their calendars to the status conference to set new deadlines.

Dated November 9, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge