IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00931-PSF-BNB

DEBORAH BOLTON, and
ERIN STEVENS,

Plaintiffs,

v.

CHOICE HOTELS INTERNATIONAL, INC.,
MB HOSPITALITY, INC.,
SEOP NOH,
MOON YOON, and
BONG MOON,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 23, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 23, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge