IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00931-PSF-BNB

DEBORAH BOLTON, and
ERIN SIEVERS,

    Plaintiffs,

v.

CHOICE HOTELS INTERNATIONAL, INC., a/k/a Quality Inn, a Delaware Corporation;
MB HOSPITALITY, INC., a Colorado Corporation, a/k/a Quality Inn Denver West, a Colorado Corporation;
SEOP NOH, a/k/a Sam Noh, in his individual and official capacity; and
BONG MOON YOON, in his individual and official capacity,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Dkt. # 46). It is hereby ORDERED that this case is DISMISSED with prejudice, each party to bear his or its own costs and attorney fees.

    DATED: March 3, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Judge